UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GARY O. SIRBAUGH,

      Plaintiff,                            Case No. 2:15-CV-86

v.                                                 Hon. Gordon J. Quist

UNKNOWN HORTON, et al.,

      Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 1, 2016. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed August 1, 2016 (ECF No. 33) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Taylor's motion for summary judgment (ECF No. 30) is **GRANTED.** Plaintiff's claims are **dismissed.**

This case is concluded.

A separate judgment shall issue.

Dated: August 29, 2016                                             /s/ Gordon J. Quist
                                                                          GORDON J. QUIST
                                                                UNITED STATES DISTRICT JUDGE